UNITED STATE DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ERNESTO CRUZ

                      PLAINTIFF,        NOTICE OF APPEARANCE

   -AGAINST-                           03 CV 01686

NEW YORK STATE PAROLE OFFICERS JAMES
DITUCCI-CAPPIELLO, SHIELD #1895 AND
OSCAR SOTO, SHIELD #1910,

                      DEFENDANT.

------------------------------------------------------------------------ X

**PLEASE TAKE NOTICE**, that the plaintiff, Ernesto Cruz has retained Darmin T Bachu Esq as counsel. Please all papers in this action should be served at Bachu & associates.

                            DARMIN T BACHU (DT5392)
                            Bachu & associates
                            127-21 Liberty Avenue
                            Richmond Hill, NY 11419